**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Antonino Benito Antonio,**
***individually and on behalf of others similarly situated***

**Plaintiff,**

**-against-**

**Tacos Azteca, Inc., et al.,**

**Defendants.**

**1:25-cv-08404 (JPO)**

**AMENDED ORDER SCHEDULING SETTLEMENT CONFERENCE**

**STEWART D. AARON, United States Magistrate Judge:**

The settlement conference currently scheduled before Magistrate Judge Stewart Aaron on Monday, December 21, 2026, at 2:00 p.m. is hereby rescheduled for Monday, December 21, 2026, at 10:00 a.m. The conference shall proceed via Microsoft Teams.

The Court will provide the Microsoft Teams information to the parties by email prior to the conference. The participating parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at https://nysd.uscourts.gov/hon-stewart-d-aaron. Please note that Section 4 of the Procedures requires counsel for each party to send a pre-settlement conference letter no later than 7 days before the conference (*i.e.*, Monday, December 14, 2026).

**SO ORDERED.**

Dated: New York, New York
October 23, 2026

Stewart d. Aaron

STEWART D. AARON
United States Magistrate Judge